IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORMAN R. EATON,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| **HOFFMAN-LA ROCHE INC., et al.,** | : | |
| Defendants. | : | No. 12-3164 |

# O R D E R

**AND NOW**, this 27th day of August, 2012, upon consideration of Defendants' Motion to Seal Exhibit H of Docket No. 1 (Docket No. 32), Plaintiff's Motion to Remand (Docket No. 6), Defendants' Opposition thereto (Docket No. 16, 18), Plaintiff's Reply (Docket No. 19), and supplementary documents offered by the parties (e.g., Docket No. 30), and following oral argument on July 19, 2012, it is hereby **ORDERED** that:

1. Defendants' Motion to Seal (Docket No. 32) is **GRANTED**. The Clerk of Court shall place under seal Exhibit H to Defendants' Notice of Removal (Docket No. 1);

2. Plaintiff's Motion to Remand (Docket No. 6) is **GRANTED**. This matter is **REMANDED** to the Court of Common Pleas of Philadelphia County; and

3. The Clerk of Court shall mark this case as **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE